**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-23465-DPG

JESUS GONZALEZ

      Plaintiff,

v.

KENNTHE A PERKINS TRUSTEE and
LA CASA DE LA DECADA CORP.

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, and Defendant, LA CASA DE LA DECADA CORP., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this.

Respectfully submitted this November 1, 2024.

| | |
|---|---|
| /s/ *Alberto R. Leal* | /s/ *Anthony J. Perez* |
| ALBERTO R. LEAL | ANTHONY J. PEREZ |
| Florida Bar No. 1002345 | Florida Bar No. 535451 |
| ALBERTO R. LEAL, P.A. | ANTHONY J. PEREZ LAW GROUP, PLLC 7950 |
| 8927 Hypoluxo Rd # 157 | W. Flagler Street, Suite 104 |
| Lake Worth, FL 33467-5262 | Miami, Florida 33144 |
| Telephone: (954) 637-1868 | Telephone:(786)361-9909 |
| Email:  albertolealesq@gmail.com | E-Mail: ajp@ajperezlawgroup.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, LA CASA DE LA DECADA CORP* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 1, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorney for Defendant Mobile Customizing Inc.*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Fax (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
jr@ajperezlawgroup.com

By: _/s/ Anthony J. Perez____
  ANTHONY J. PEREZ

2